[No. 10300–5–III.   Division Three.   June 27, 1991.]

SEATTLE–FIRST NATIONAL BANK, *Appellant,* v.
CENTRAL MUSIC & VENDING, INC., ET AL,
*Respondents,* R. CLAY BARR,
ET AL, *Appellants.*

RICHARD BERGLOFF, ET AL, *Respondents,* v. CHARLES E.
LOOSVELDT, ET AL, *Respondents,* H. CLAY BARR,
ET AL, *Appellants.*

Appeals from judgments of the Superior Court for
Benton County, Nos. 87–2–00096–3, 87–2–00242–7, 87–2–
00068–8, Fred R. Staples, J., entered August 30, 1989.
*Affirmed in part* and *reversed in part* by unpublished
opinion per Hanson, J. Pro Tem., concurred in by Shields,
A.C.J., and Munson, J.

[No. 13016–5–II.   Division Two.   July 1, 1991.]

JUDITH V. FOREST, ET AL, *Appellants,* v. THE STATE
OF WASHINGTON, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 86–2–06954–8, Robert H. Peterson, J., entered
June 30, 1989. *Affirmed* by unpublished opinion per Alex-
ander, J., concurred in by Worswick, C.J., and Petrich, J.
Now published in 62 Wn. App.

[Nos. 13158–7–II; 13159–5–II.   Division Two.   July 1, 1991.]

*In the Matter of* TOMMY MATSON.

*In the Matter of* HARRY MATSON.

Appeals from judgments of the Superior Court for Kitsap
County, Nos. 88–8–00847–1, 88–8–00845–4, Leonard W.
Costello, J. Pro Tem., entered August 16, 1989. *Reversed* by
unpublished opinion per Worswick, C.J., concurred in by
Petrich and Morgan, JJ.